929 A.2d 639

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Stacy Sue HERSHBERGER, Petitioner.**

Supreme Court of Pennsylvania.

July 26, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of July, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Shall an appeal be quashed for want of a complete record where the docket of the Clerk of Courts reflects a necessary transcript was requested and sent, but in fact was not transmitted?